UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Keaveney Legal Group
1000 Maplewood Drive
Suite 202
Maple Shade, NJ 08052
(800) 219-0939  Fax: (856) 282-1090
jday@keaveneylegalgroup.com

Warren Levy 032181989

In Re:
Cheryl P. Manuel,
                    Debtor.

Case No.: 20-18205-SLM
Judge: Stacey Meisel
Chapter: 13

Recommended Local Form:  ☑ Followed   ☐ Modified

## PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTION 1325(a)(8) AND (a)(9)

I, __Cheryl P. Manuel__, upon my oath according to law, hereby certify as follows:

1. The below information is being supplied for compliance with the Confirmation Hearing date on __September 9, 2020__.

2. The above named Debtor has paid all post petition amounts that are required to be paid under any and all Domestic Support Obligations.

3. The above named Debtor has filed all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308.

4. If the Confirmation hearing date stated in Paragraph 1 is adjourned for any reason, an updated Certification will be filed with the Court prior to any subsequent Confirmation hearing date in the event any of the information contained in this Certification changes.

I hereby certify under penalty of perjury that the foregoing is true and correct..

DATED  __9/11/20__         /s/ Cheryl Manuel
                           **Cheryl P. Manuel**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy