Certificate Number: 14912-NJ-DE-035172372

Bankruptcy Case Number: 20-18205



14912-NJ-DE-035172372

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 12, 2020</u>, at <u>2:57</u> o'clock <u>PM EST</u>, <u>Cheryl Manuel</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>December 12, 2020</u>         By:   <u>/s/Jai Bhatt</u>

                                      Name:  <u>Jai Bhatt</u>

                                      Title:  <u>Counselor</u>