WARREN D. LEVY, ESQ.
KEAVENEY LEGAL GROUP
1000 MAPLEWOOD DRIVE
SUITE 202
MAPLE SHADE, NJ  08052

Re:  CHERYL P. MANUEL
23 W. 49TH STREET
BAYONNE,  NJ  07002

Atty:  WARREN D. LEVY, ESQ.
KEAVENEY LEGAL GROUP
1000 MAPLEWOOD DRIVE
SUITE 202
MAPLE SHADE, NJ  08052

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2021
#### Chapter 13 Case # 20-18205

## RECEIPTS AS OF 01/15/2021    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/03/2020 | $1,200.00 | 6986673000 | 09/02/2020 | $1,200.00 | 7056380000 |
| 10/05/2020 | $1,200.00 | 7134487000 | 11/16/2020 | $1,200.00 | 7236147000 |
| 01/04/2021 | $1,200.00 | 7348930000 | | | |

**Total Receipts: $6,000.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $6,000.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2021    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| CENLAR FSB | 11/16/2020 | $341.27 | 859,684 | 12/21/2020 | $1,079.22 | 861,503 |
| ONEMAIN | 11/16/2020 | $9.73 | 859,170 | 12/21/2020 | $30.78 | 860,940 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 450.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,979.00 | 100.00% | 2,979.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | CENLAR FSB | MORTGAGE ARRE | 48,332.55 | 100.00% | 1,420.49 | 46,912.06 |
| 0004 | LIBERTY SAVINGS FCU | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | ONEMAIN | VEHICLE SECURE | 1,378.54 | 100.00% | 40.51 | 1,338.03 |
| 0009 | LIBERTY SAVINGS FCU | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | LIBERTY SAVINGS FCU | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0011 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 221.76 | 100.00% | 0.00 | 221.76 |

**Total Paid: $4,890.00**
See Summary

**Chapter 13 Case # 20-18205**

# SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2021.

Receipts: $6,000.00     -     Paid to Claims: $1,461.00     -     Admin Costs Paid: $3,429.00     =     Funds on Hand: $1,110.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.