UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
HomeBridge Financial Services, Inc.

In Re:

Cheryl P. Manuel,

Debtor.

Case No.:   20-18205-SLM

Chapter:   13

Hearing Date:   4/28/2021

Judge:   Meisel

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Motion for Relief from Stay re: 23 West 49th Street, Bayonne, NJ (Docket # 19)

_____

Date: 4/22/2021

/s/ Denise Carlon
Signature

*rev.8/1/15*